UNITED STATES GOVERNMENT
# memorandum

DATE: 9/22/2020

REPLY TO
ATTN OF: Clerk's Office (NS)

SUBJECT: Possibly Related Case
Case No.: Not assigned
Case Title: USA v. Filter

TO: Magistrate Judge Berens

**FILED**
September 28, 2020 12:03 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: ____/____

**1:20-pt-23**
**Janet T. Neff**
**U.S. District Judge**

The United States Attorney indicates this case is related to the case(s) listed below:

Judge _____   Docket number  1:20-pt-21

Docket number _____

Docket number _____

Pursuant to Local Criminal Rule 56.4(b)(iii)(A), CRIMINAL CASES ARE DEEMED RELATED WHEN:

___ (1)   a superseding indictment or information has been filed

_X_ (2)   any other indictment or information is pending against the same defendant(s)

___ (3)   an indictment is returned against a defendant who is then on probation to a judge, provided the new case involves only the same defendant

_X_ Case is related      ___ Case is not related

COMMENTS BY MAGISTRATE JUDGE: _____

Dated: September 24, 2020                      _____
                                                Signature

10/03

--------------------------------

☑ Direct assignment performed      ns          9/28/20
☐ Random assignment performed    Initials       Date